UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------x
CHARLES CORNELIUS,

    Petitioner,

v.

WARDEN, FORT DIX FCI

    Defendants.
------------------------------------x

Docket No. 15-CV-____

<u>DECLARATION OF
ERIC M. CREIZMAN
IN SUPPORT OF CHARLES
CORNELIUS'S PETITION FOR
HABEAS CORPUS RELIEF</u>

I, ERIC M. CREIZMAN, hereby declare under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly admitted to practice in the courts of the State of New York. I have represented Petitioner Charles Cornelius as his principal counsel since approximately June of 2011. I submit this Declaration in support of Mr. Cornelius's petition for habeas corpus relief under Section 28 U.S.C. § 2241.

2. Annexed hereto as Exhibit A is a true and correct copy of the Judgment in *United States v. Charles Cornelius*, 3:04-CR-127-AWT-1.

3. Annexed hereto as Exhibit B is a true and correct copy of the decision of the Connecticut Sentencing Review Division, affirming the sentences imposed on Mr. Cornelius by Connecticut state courts, dated September 25, 2007.

4. Annexed hereto as Exhibit C is a true and correct copy of a letter dated December 9, 2014, from me to the Designation and Sentence Computation Center of the Federal Bureau of Prisons, located in Grand Prairie, Texas.

5.  Annexed hereto as Exhibit D is a true and correct copy of a letter dated December 19, 2014, from the Designation and Sentence Computation Center of the Federal Bureau of Prisons to me.

6.  Annexed hereto as Exhibit E is a true and correct copy of a printout of Charles Cornelius's inmate register number and place of incarceration generated from a search of the "Inmate Locator" on the Federal Bureau of Prisons' website.

I hereby declare the foregoing is true and correct to the best of my knowledge under penalty of perjury under the laws of the United States of America.

Dated: New York, New York

August 14, 2015

By: _____
Eric M. Creizman