

**U.S. Department of Justice**
Federal Bureau of Prisons

Designation and Sentence Computation Center

*U.S. Armed Forces Reserve Complex*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

December 19, 2014

Eric Creizman
Creizman LLC
565 Fifth Avenue, 7th Floor
New York, New York 10017

Re: CORNELIUS, Charles
    Reg. No. 16048-014

Dear Mr. Creizman:

This is in response to your correspondence wherein you request a nunc pro tunc designation on behalf of your client, Charles Cornelius.

We are in the process of reviewing your client's case pursuant to the provisions of Barden v. Keohane, 921 F.2d 476 (3rd Cir. 1990), and Bureau of Prisons (Bureau) Program Statement 5160.05, Designation of State Institution for Service of Federal Sentence. The Bureau strives to administer sentences in accordance with federal statute, Bureau policy and the intent of the Sentencing Court. A retroactive designation is made only after review of all relevant factors under Title 18 U.S.C. § 3621(b). It is the preference of the Bureau to give the federal sentencing Court an opportunity to state its position with respect to a retroactive designation. Once we have obtained the Court's input, the merits of Mr. Cornelius' case will be reviewed in accordance with the factors provided in 18 U.S.C. § 3621(b). When the Court is solicited for its input, we generally allow 60 days for response.

I trust this response has addressed your concerns.

Sincerely,

Kathy Williams
Operations Manager

mgb