Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

**Find By Number**    **Find By Name**

| First | Middle | Last | Race | Age | Sex |
| Charles | | Cornelius | | | |

**1** Result for search **Charles Cornelius**, Num: **16048-014**     Clear Form    Search



# CHARLES CORNELIUS

**Register Number: 16048-014**

| | |
|---|---|
| Age: | 45 |
| Race: | White |
| Sex: | Male |

**Located at:** Fort Dix FCI

**Release Date:** 09/09/2016

### Related Links

Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

| About Us | Inmates | Locations | Jobs | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | Communications | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Articles | Employees |
| Historical Information | Custody & Care | Search for a Facility | Current Openings | Reentry Contracting | Publications | Ex-Offenders |
| Statistics | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us  |  FOIA  |  No FEAR Act  |  Privacy Policy  |  Information Quality  |  Website Feedback

USA.gov  |  Justice.gov  |  Open Government